UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOYCE M. ALDRIDGE,

Plaintiff,

vs.

NOVARTIS PHARMACEUTICALS CORPORATION,

Defendant.

Civil Action No. 01-1880

**STIPULATION TO EXTEND TIME TO ANSWER**

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that the time for Novartis Pharmaceuticals Corporation to answer or otherwise respond to the Complaint is extended from November 8, 2001 to November 22, 2001.

Dated: 11/14/01

**ZIMMERMAN REED, P.L.L.P.**

[signature] for

Timothy J. Becker (#256663)
901 North Third Street
Suite 100
Minneapolis, MN 55401
(612) 341-0400

**ATTORNEYS FOR PLAINTIFF**

Dated: 11-9-01

**OPPENHEIMER WOLFF DONNELLY LLP**

[signature]

William P. Studer (#106781)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
(612) 607-7000

**ATTORNEYS FOR DEFENDANT**

NOV 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# ORDER

Pursuant to the foregoing Stipulation,

**IT IS HEREBY ORDERED** that the time for Novartis Pharmaceuticals Corporation to answer or otherwise respond to the Complaint is extended from November 8, 2001 to November 22, 2001.

BY THE COURT:

Dated: November 15, 2001