A CERTIFIED TRUE C

DEC 12 2001

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 26 2001

FILED
CLERK'S OFFICE

***DOCKET NO. 1407***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)*** 01-1880 PAM/JGL

***CONDITIONAL TRANSFER ORDER (CTO-5)***

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 60 additional actions have been transferred to the Western District of Washington. With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 12 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 26 2001

FILED DEC 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By
Deputy Clerk

(7)

# SCHEDULE CTO-5 TAG ALONG CASES
# DOCKET NO. 1407
# IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# | |
|---|---|---|---|
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 01-844 | Lowery v. Bayer Corp., et al. |
| LAM | 3 | 01-849 | Hand, et al. v. Chattem, Inc., et al. |
| LAM | 3 | 01-860 | Alexander, et al. v. Bayer Corp. |
| LAM | 3 | 01-861 | Wolfe, et al. v. Bayer Corp., et al. |
| LAM | 3 | 01-864 | Nuernberg v. Novartis Corp., et al. |
| LAM | 3 | 01-865 | Butitta, etc. v. Novartis Corp., et al. |
| LAM | 3 | 01-872 | McGee, et al. v. Bayer Corp., et al. |
| LOUISIANA WESTERN | | | |
| LAW | 1 | 01-2090 | Jenkins v. Bayer Corp. |
| LAW | 1 | 01-2091 | McKey, et al. v. Bayer Corp. |
| LAW | 2 | 01-2093 | Stemmann v. Bayer Corp. |
| LAW | 2 | 01-2094 | Norwood, et al. v. Bayer Corp., et al. |
| LAW | 3 | 01-2097 | Young, etc. v. Bayer Corp. |
| LAW | 5 | 01-1981 | Williams v. GlaxoSmithKline, et al. |
| LAW | 5 | 01-2099 | Beach, et al. v. Smithkline Beechman Corp., et al. |
| LAW | 6 | 01-2092 | Taylor, etc. v. Bayer Corp. |
| LAW | 6 | 01-2141 | Mitchell, et al. v. Bayer Corp., et al. |
| MINNESOTA | | | |
| MN | 0 | 01-1868 | Medina, etc. v. Bayer Corp., et al. |
| MN | 0 | 01-1880 | Aldridge v. Novartis Pharmaceuticals Corp. |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 5 | 01-309 | Averill v. Schering-Plough Healthcare Products, Inc. |
| MSS | 5 | 01-316 | Gary v. Chattem, Inc. |

# ..VOLVED COUNSEL LIST (CT
# DOCKET NO. 1407
# IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Vance R. Andrus
Andrus, Boudreaux, Lemoine & Tonore
416 West Main Street
P.O. Box 3347
Lafayette, LA 70502

Richard J. Arsenault
Nesblett, Beard & Arsenault
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309

Charles P. Blanchard
Chaffe, McCall, Phillips, Toler & Sarpy
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Philip Bohrer
Bohrer Law Firm
3388 Brentwood Drive
Baton Rouge, LA 70809

Joy Goldberg Braun
Sessions, Fishman & Nathan, LLP
Suite 3500
201 St. Charles Avenue
New Orleans, LA 70170

Gordon R. Crawford
Gordon R. Crawford & Associates
324 E. Worthey Road
Gonzales, LA 70737

Walter C. Dumas
Dumas & Associates
1263 Government Street
P.O. Box 1366
Baton Rouge, LA 70821

Vance A. Gibbs
Kean, Miller, Hawthorne, D'Armond, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821

Ronald S. Goldser
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402

James B. Irwin
Irwin, Fritchie, Urquhart & Moore, LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Ronn B. Kreps
Nicholas, Andrew, James, et al.
1500 Northwest Financial Center
7900 Xerxes Avenue, South
Bloomington, MN 55431

Silas W. McCharen
Daniel, Coker, Horton & Bell
P.O. Box 1084
111 East Capitol Street
Suite 600
Jackson, MS 39215

Gordon J. McKernan
McKernan Law Firm
8710 Jefferson Highway
Baton Rouge, LA 70809

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112

Eugene R. Naylor
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205

Ronnie G. Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

Herschel E. Richard, Jr.
Cook, Yancey, et al.
P.O. Box 22260
Shreveport, LA 71120

W. James Singleton
4050 Linwood Avenue
Shreveport, LA 71108

Charles E. Sorey, II
Ramsey Law Firm, P.C.
21 North Florida Street
Mobile, AL 36607

# INVOLVED JUDGES LIST (CTO-5)
# DOCKET NO. 1407
# IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Hon. William H. Barbour, Jr.
U.S. District Judge
430 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Hon. David C. Bramlette, III
U.S. District Judge
216 Federal Building
725 Martin Luther King, Jr. Blvd.
Biloxi, MS 39530

Hon. Richard T. Haik, Sr.
U.S. District Judge
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Robert G. James
U.S. District Judge
U.S. District Court
P.O. Drawer 3107
Monroe, LA 71201

Hon. F. A. Little, Jr.
Chief Judge, U.S. District Court
P.O. Box 1031
Alexandria, LA 71309

Hon. Paul A. Magnuson
U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Tom Stagg
Senior U.S. District Judge
4100 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101

Hon. James T. Trimble, Jr.
U.S. District Judge
237 Edwin F. Hunter Jr.
U.S. Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ralph E. Tyson
U.S. District Judge
301 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Hon. Donald E. Walter
U.S. District Judge
4200 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101

**INVOLVED CLERKS LIST (CTO-5)**
**DOCKET NO. 1407**
**IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION**

Francis E. Dosal
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J.T. Noblin
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Lawrence Talamo
U.S. District Court
Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Robert H. Shemwell
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Robert H. Shemwell
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101

Robert H. Shemwell
Post Office Drawer 3087
Monroe, LA 71201

Robert H. Shemwell
P.O. Box 1269
Alexandria, LA 71309

01-1880 PAM-JGL

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

WILLIAM KENZO NAKAMURA
U.S. COURTHOUSE, SUITE 215
SEATTLE, WASHINGTON 98104

December 19, 2001

Richard Sletten, Clerk
US District Court
700 Warren E. Burger Federal Bldg
316 North Robert Street
St Paul, MN 55101

RECEIVED
BY MAIL
DEC 26 2001
CLERK US DIST COURT
ST. PAUL, MN

IN RE: MDL 1407 Phenylpropanolamine (PPA) Products Liability Litigation

Dear Clerk:

Enclosed is a certified copy of the Transfer Order (CTO-5) entered by the Judicial Panel on Multidistrict Litigation. The Order became effective December 12, 2001. We have assigned an individual Western District of Washington (WAW) case number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer to our civil action number.

| Title of Case | Your Number | WAW Number |
|---|---|---|
| 1. Medina vs. Bayer Corp | 0:01-1868 | C01-2093 |
| ✓2. Aldridge vs. Novartis Pharm. | 0:01-1880 PAM/JGL | C01-2094 |

Sincerely,

BRUCE RIFKIN, CLERK
BY Mary Duett
Mary Duett, Deputy Clerk
206-553-4080 ext 2154

# *JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Morey L. Sear
United States District Court
Eastern District of Louisiana

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States District Court
Western District of Tennessee

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

December 12, 2001

RECEIVED BY MAIL
DEC 26 2001
CLERK US DIST COURT
ST. PAUL, MN

FILED
LODGED
RECEIVED
MAIL
DEC 17 2001
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Bruce Rifkin, Clerk
215 William Kenzo Nakamura
U.S. Courthouse
1010 Fifth Avenue
Seattle, WA 98104

Re: MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

(See Attached Schedule CTO-5) 01-1880 PAM/JGL

Dear Mr. Rifkin:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on November 26, 2001. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(c)of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), execution of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

I hereby certify that the annexed instruments is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By [signature]
Deputy Clerk

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Attachments

cc: Transferee Judge: Hon. Barbara Jacobs Rothstein
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)